UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE: APPLICATION OF CARDNO ME LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782.

26-MC-00327 (JPC) (VF)

**ORDER**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

On May 19, 2025, Cardno ME Limited ("CME") filed an *ex parte* application seeking an order pursuant to 28 U.S.C. § 1782, authorizing the issuance of a subpoena to JP Morgan Chase Bank, N.A. ("JP Morgan") for use in a foreign civil proceeding in France. ECF No. 1.

By **August 7, 2026**, CME is directed to serve a copy of this Order, as well as ECF Nos. 1-2 (including exhibits), on JP Morgan and file proof of such service on the docket. By **August 28, 2026**, JP Morgan is directed to file their response to CME's application, or seek an extension of time to do so. By **September 11, 2026**, CME is direct to file its reply, if any.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

VALERIE FIGUEREDO
United States Magistrate Judge